### 7059. WIGGINS *v.* MAYOR AND COUNCIL OF CORDELE.
### 7064. NOWELL *v.* CITY OF COLQUITT.

RUSSELL, C. J. Even though a judge of the superior court, in refusing to sanction a petition for certiorari, enters an order that the petition be filed in the office of the clerk of that court and made a part of the record, such order will not make the petition a part of the record, so that a certified copy of it can be brought to this court as record. *Wood* v. *County of Tattnall,* 115 *Ga.* 1000 (42 S. E. 403). "In order for this court to review the refusal of a judge of the superior court to sanction a petition for certiorari, the petition must be incorporated in the bill of exceptions or be verified as a part thereof by the trial judge; an unsanctioned petition can not be specified as part of the record." *Taylor* v. *Town of Omega,* 12 *Ga. App.* 693 (78 S. E. 144), and citations.

*Writs of error dismissed.*

DECIDED JANUARY 27, 1916.

Certiorari; from Thomas superior court—Judge Thomas. Octo-5, 1915.

Certiorari; from Miller superior court—Judge Worrill. November 8, 1915.

*E. F. Strozier,* for Wiggins.

*B. B. Bush,* for Nowell.  *P. D. Rich,* contra.